# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151899

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERNESTO EVARISTO URIBE,
      Defendant-Appellant.

SC: 151899
COA: 321012
Eaton CC: 13-020404-FC

_____/

      On order of the Court, the application for leave to appeal the May 12, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Eaton Circuit Court abused its discretion in denying the admission of testimony offered under MCL 768.27a and whether the Court of Appeals properly applied *People v Watkins*, 491 Mich 450 (2012), in reversing the circuit court. The parties should not submit mere restatements of their application papers.

      LARSEN, J. Although I intend to participate in the forthcoming oral argument on the application for leave to appeal, I did not participate in the entry of this order because the Court considered it before I assumed office and my vote is not outcome-determinative.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2015



Clerk

s1006